**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hudson Mfg. LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-4629924 |
| 4. | **Debtor's address** | **Principal place of business**  10986 N.W. HK Dodgen Loop  Temple, TX 76504  Number, Street, City, State & ZIP Code  **Bell**  County  |  **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.hudsonmfg.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor **Hudson Mfg. LLC**
_____Name_____

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3399__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Hudson Mfg. LLC**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  - What is the hazard? **firearms and related items currently in storage in compliance with applicable law**
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? **10986 N.W. HK Dodgen Loop**
**Temple, TX, 76504-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Hudson Mfg. LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/14/2019
MM / DD / YYYY

X   /s/ *Billie C. Hudson, III*          **Billie C. Hudson, III**
Signature of authorized representative of debtor          Printed name

Title   Manager/Chief Executive Officer

**18. Signature of attorney**

X   /s/ *Jennifer F. Wertz*          Date   03/14/2019
Signature of attorney for debtor          MM / DD / YYYY

**Jennifer F. Wertz 24072822**
Printed name

**Jackson Walker L.L.P.**
Firm name

**100 Congress Avenue, Suite 1100**
**Austin, TX 78701**
Number, Street, City, State & ZIP Code

Contact phone   **(512) 236-2247**          Email address   **jwertz@jw.com**

**24072822 TX**
Bar number and State

## HUDSON MFG, LLC
## BOARD RESOLUTION

3-14 2019

I, Billie C. Hudson, III as Manager/Chief Executive Officer of Hudson Standard, LLC, the Sole Member of Hudson Mfg LLC (the "Company"), a Texas limited liability corporation, hereby certifies that at a special meeting duly called and held on March ___, 2019, the following resolutions were duly adopted in accordance with requirements of corporate law, and that said resolution has not been modified or rescinded and are still in full force and effect as of the date hereof:

RESOLVED, that in the judgment of the Sole Member of the Company, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a petition is filed seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED, that Billie C. Hudson, III is hereby authorized, empowered, and directed, in the name and on behalf of the Company to execute and file a bankruptcy petition, schedules, motions, pleadings, and amendments thereto, and any other document or pleading deemed advisable or necessary, under chapter 7 of the Bankruptcy Code (the "Chapter 7 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas at such time or in such jurisdiction as Billie C. Hudson, III executing the same shall determine.

RESOLVED that Billie C. Hudson, III may sign the bankruptcy petition on behalf of the Company and attend any and all scheduled meetings or hearings in the Chapter 7 Case.

RESOLVED that Billie C. Hudson, III is hereby authorized, directed, and empowered to retain on behalf of the Company, Jennifer F. Wertz and the law firm Jackson Walker LLP, as bankruptcy counsel to represent the Company in the Chapter 7 Case, and all other related matters in connection therewith and such other terms and conditions as the managers of the Company shall deem advisable.

RESOLVED, that Billie C. Hudson, III is hereby authorized and empowered, for and on behalf of the Company, to execute and file all such instruments and documents, to make all payments, to enter into all agreements and to do or cause to be done all acts and things that may be necessary or appropriate to carry out the purposes of the foregoing resolutions.

Dated this 14 day of March 2019.

Sole Member:

Hudson Standard, LLC
a Texas limited liability company

By: _____
Billie C. Hudson, III
Manager & Chief Executive Officer

22273336v.1 154001/00001

**Fill in this information to identify the case and this filing:**

Debtor Name __Hudson Mfg. LLC__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Voluntary Petition and Verification of Creditor Matrix__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/14/2019__
MM / DD / YYYY

✗ ___/s/ Billie C. Hudson, III_____
Signature of individual signing on behalf of debtor

Billie C. Hudson
Printed name

Manager/Chief Executive Officers
Position or relationship to debtor

Official Form 202 **Declaration Under Penalty of Perjury for Non-Individual Debtors**