# United States Bankruptcy Court
**Western District of Texas**

In re  **Hudson Mfg. LLC**                            ,  Case No. 19-60161
                      Debtor

Chapter  7

## Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
| --- | --- | --- |

### DECLARATION

I, Billie C. Hudson, III, the of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date  03/15/2019                                          Signature  /s/ *Billie C. Hudson, III*
                                                                                                 **Billie C. Hudson, III**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Adobe
345 Park Avenue
San Jose, CA 95110


Advanced Heat Treat
2825 Midport Blvd.
Waterloo, IA 50703


Aerovac Alloy and Forge, Inc.
2615 N Hendrickson Drive
Kalama WA 98625


Age Industries-Belton
801 Industrial Park Rd
Belton TX 76513


Alton Manufacturing Inc.
825 Lee Rd
Rochester NY 14606


American Self Storage
13740 W Hwy 29
Liberty Hill TX 78642


Aramark Textiles
2680 Palumbo Drive
Lexington KY 40509


ARC Colorado
7040 Weld County Rd 20
Longmont CO 80504


AT&T Internet
PO Box 13326
Austin TX 78711


Austin Tool and Grinding

20207 Mashburn Rd
Pflugerville TX7 8660


Authnet-Bankcard
2625 Townsgate #100
Westlake Village CA 91361


Barbara Stockford
8575 Rives Junction Rd
Rives Junction MI 49277


Bell County Tax Appraisal District
PO Box 390
Belton TX 76513


Bell County Tax Appraisal District
411 E Central
Belton TX 76513


Bell County Tax Assessor
PO Box 390
Belton TX 76513-0390


Bell County Tax Assesssor-Collector
PO Box 669
Belton TX 76513-0669


Best of the West
19500 West State Highway 29
Liberty Hill TX 78642


Big Texas Sky
5128 Hideen Springs Trl
Georgetown TX 78633


Bill Hudson
4625 Corydon Ridge Rd

Corydon IN 47112


Blackhills Ammunition
PO Box 3090
Rapid City SD 57709


Bowen Electric
324 Cotton Drive
Woodway TX 76712


Briggs Equipment
10540 N Stemmons Freeway
Dallas TX 75220


Brownells
3006 Brownells Parkway
Grinnell IA 50112


Business Automatic Services
300 Coon Rapids Blvd NW
Suite 100
Minneapolis MN 55433


Cambrige Valley Machine
28 Perry Lane
Cambridge NY 12816


Central Texas Fire Protection
4201 Oro Ct
Georgetown TX 78628


Chase Bank
270 Park Avenue
Georgetown TX 78628


Cinncinatti Insurance
PO Box 145496

Cincinnati OH 45250


City of Temple
2 N Main Street
Suite 201
Temple TX 76501


Commercial Collectors, Inc.
PO Box 337
Montrose MN 55363


Compnent Technologies
68 Holmes Rd
Newington CT 6111


Connecticut Spring and Stamping
48 Spring Lane
Farmington CT 6032


Connex
19500 West State Highway 29
Liberty Hill TX 78642


Damien Horner
463 Westfiled Blvd
Apt. 126
Temple TX 76502


Daric Wade
415 E 4th Avenue
Apt C
Belton TX 76513


David Czinder
5502 Holly Oak Lane
Killeen TX 76542

Dixie Tool
613 Industrial Blvd.
Austin TX 78745


Doubletap Ammunition
450 North West
Cedar City UT 84720


Dropbox
185 Berry Street
Ste 400
San Francisco CA 94107


Easy Clocking
3141 Commerce Parkway
Hollywood FL 33025


Edwin Bailey
317 N 9th Street
Temple TX 76501


Elijah Henry
764 Marlandwood Rd
Apt 133
Temple TX 76502


Expensify
548 Market Street
Suite 61434
San Francisco CA 94104


Fastenal
2711 Airport Rd
Suite B
Temple TX 76504


FedEx
PO Box 94515

Palatine IL 60094

FedEx Freight
2200 Forward Dr
Harrison AR 72602

G&H Diversified Mfg.
11660 Brittmoore Park Drive
Houston TX 77041

Georgia Teelcom and Security
3362 Bold Springs Rd NW
Monroe GA 30656

Google
1600 Amphitheatre Parkway
Mountain View CA 94043

Grainger
6901 Imperial Drive
Woodway TX 76712

Ground Guys
PO Box 91
Temple TX 76503

GS1
7887 Washington Village Dr.
Suite 300
Dayton OH 45459

Gurus
9880 Clark Street
Suite 101
Montreal QC 32300

Gusto

1201 16th Street  
Denver CO 80202


H&M Metal Processing  
1414 Kenmore Blvd  
Cleveland OH 44134


H&M Metal Processing  
6051 N 56th Avenue  
Glendale AZ 85301


Haas Machine  
2900 Challenger Place  
Oxnard CA 93030


Hogue  
PO box 91360  
Henderson NV 89009


Industry Day at the Range  
130 Gardens Circle  
Suite L  
Johns Island SC 29455


Internal Revenue Service  
Insolvency Office MS 5026 AUS  
300 E 8th Street  
Austin TX 78701


J2 eFax Services  
6922 Hollywood Blvd  
5th Floor  
Los Angeles CA 90028


Jacob Ives  
4503 Brutus Lane  
Apt B  
Temple TX 76502

Janet Grissett
1810 Marlanwood Rd
Apt. 8204
Temple TX 76502


Jencer Investment
3820 Fall Creek Ln
Temple TX 76504


Jose Hernandez
612 N 7th Street
Temple TX 76501


Joseph Adcock
13152 Brewster Creek Rd
Moody TX 76557


Joseph Pynes
312 W Ave R
Temple TX 76504


Kabbage
9258 Peachtree Street NE
Suite 1688
Atlanta GA 30309


KE Arms
4343 E Magnolia Street
Phoenix AZ 85034


Kirk Johnson
201 S Front Street
Unit A
Holland TX 76534


Lang Technovations Co.

1020 James Dr
Suite 1
Hartland WI 53029


Law Office of Aubrey R. Williams
PO Box 20156
Waco TX 76702


Liftmasters
6110 Pokealong Path
Leander TX 78645


MAD Custom Coating
5800 Werner Rd Suite A
Bremerton WA 98312


Mark Province
9206 Bowfiled Drive
Killeen TX 76542


Marlin Business Bank
2795 E Cottonwood Pkwy
Suite 120
Salt Lake City UT 84121


Marlin Leasing
2795 E Cottonwood Pkwy
Suite 120
Salt Lake City UT 84121


McMaster-Carr
PO Box 7690
Chicago IL 60680


McNamara
230 McNamara Lane
Waco TX 76708

Meagan Flores
1919 County Rd 313
Apt 603
Jarrell TX 76537


Meltwater
225 Bush Street
Suite 1000
San Francisco CA 94104


Microsoft Corporation
One Microsoft Way
Redmond WA 98052


MSC Industrial Supply
75 Maxess Rd
Melville NY 11747


National Shot Peening
1020 E Columbia St. #B
Weatherford TX 76086


Net Solutions Security LLC
2008 W Koenig Lane
Austin TX 78756


Netsuite
2955 Campus Drive Suite 100
San Mateo CA 94403


Netsuite Software
2955 Campus Drive
Suite 100
San Mateo CA 94403


NG2 Defense
218 W 12650 S

Draper UT 84020


Nicholas Roberts
2205 Pirtle Drive
Salado TX 76571


North Shore Agency
270 Spagnoli Rd
Suite 110
Melville NY 11747


Northeast Coatings
105 York Street
Kennebunk ME 04043


Patrick Herrera
802 Silver Creek Drive
Harker Heights TX 76548


Phillips Medisize
422 Technology Drive East
Menomonie WI 54751


Phoenix Proto Technologies
688 E Main Street
Centreville MI 49032


Precision Polish LLC
144 Adams Street
Frankfort NY 13340


Premium Assignment Corp
3522 Thomasville Rd
Suite 400
Tallahassee FL 32309


Protolabs

5540 Pioneer Creek Drive
Maple Plain MN 55359


Pure Castings Co
PO Box 960
Lockhart TX 78644


Q-Mark Manufacturing
30051 Comercio
Rancho Santa Margarita CA 92688


Quincy Compressor
701 North Dobson Avenue
Bay Minette AL 36507


R.A.H. Design, Inc
13802 Quitman Pass
Austin TX 78728


Rainer Arms
2504 Auburn Way N
Auburn WA 98002


Ready Refresh-Nestle
900 Long Ridge Road
Bldg. 2
Stamford CT 06902


Regal
687 Rowley Rd
Victor NY 14564


Regal Industries
687 Rowley Rd
Victor NY 14564


Ritchner Precision

PO Box 159
East Petersburg PA 17520


Rosco Manufacturing
500 High Street
Central Falls RI 02863


RWR Legal
620 Congress Avenue
Suite 320
Austin TX 78701


Sarah Haynie
409 Hedy Drive
Killeen TX 76542


Scale Factor
1408 E 13th Street
Austin TX 78702


Smith Sovik
250 South Clinton Street
Suite 600
Syracuse NY 13202


Snap-On Tools
725 CR 112
Burnet TX 78611


Spartek
1308 Chisholm Trai
Suite 105
Round Rock TX 78681


Staples
PO Box 105638
Atlanta GA 30348

State Comptroller
PO Box 149355
Austin TX 78714


Stephen Gould Corp
35 South Jefferson Rd
Whippany NJ 07981-1000


Sugar Ingenious
120 Maegan Ln
Cedar Creek TX 78612


TARMAC
5128 Hidden Springs Trl
Georgetown TX 78633


TBB-Excise Tax
PO BOx 979055
Saint Louis MO 63197


Team Technologies
1400 Eubank SE
Albuquerque NM 87123


Terminix
5200 S General Bruce Drive
Temple TX 76504


Terry Sterk
22 Cheyenne Tr
Belton TX 76513


Texas Buidling Services
2407 W Howard Lane
Suite B
Austin TX 78728

Texas Comptroller of Public
Accounts
111 East 17th Street
Austin TX 78774


Texas Comptroller of Public
Accounts
PO Box 149348
Austin TX 78714


Texas Comptroller of Public
Accounts
Revenue Account Division-
Bankruptcy


Texas Heat Treat
PO Box 1117
Round Rock TX 78680


The Brute Squad
171 W Pierpont Avenue
Salt Lake City UT 84101


Tim Cisneros
52752 Kiowa Loop
Unit 1
Fort Hood TX 76544


Travis Getz
113 Laurel Wreath Lane
Cary NC 27519


Trenton Forging
5523 Hoover Road
Trenton MI 48183


Trijicon

PO Box 930059
Wixom MI 48393


True Cut EDM
2003 West State Street
Garland TX 75042


Turnco Tool and Instrument
5080 East SH 29
Georgetown TX 78626


TXU Electric
PO Box 650638
Dallas TX 75265


Uline
PO Box 88741
Chicago IL 60680


United States Treasury Department
Department of the Treasury
Internal Revenue
Service
Austin TX 73301-0015


United States Trustee
903 San Jacinto Blvd
Room 230
Austin TX 78701-2450


United States Trustee -WA12
903 San Jacinto Blvd
Room 230
Austin TX 78701


UPS
PO Box 7247-0244
Philadelphia PA 19170

UPS Freight
PO Box 650690
Dallas TX 75265


US Attorney, Civil Process Clerk
601 NW Loop 410
Suite 600
San Antonio TX 78216-5597


US Bankruptcy Court
800 Franklin Avenue
Suite 140
Waco TX 76701


Volusion
1835 Kramer Ln
Suite 100
Austin TX 78758


VZ Grips
3616 Jackson Bluff Rd
Tallahassee FL 32304


Waco Metal Finishing
216 South 24th Street
Waco TX 76701


Wynalda Packaging
8221 Graphic Drive
Belmont MI 49306


Zachariah Thull
1661 County Rd 313
Apt. 1605
Jarrell TX 76537