## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $     5,450.98

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... $     4,248,439.87

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $     4,253,890.85

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     10,061,094.03

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     146,143.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     1,443,472.52

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b     $     11,650,709.55

**Fill in this information to identify the case:**

Debtor name    **Hudson Mfg. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **19-60161**

☐ Check if this is an
     amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | checking | 9392 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | $0.00 |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **ATF yearly membership** | $249.99 |

| | | |
|---|---|---|
| 8.2. | **ASA yearly membership** | $208.37 |

| 9. | **Total of Part 2.** | | | $458.36 |
|---|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | | |

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 64,563.02 | - | 64,563.02 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $0.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **parts and packaging** | 10/24/2018 | $939,736.56 | | $939,736.56 |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **E-commerce** | 10/24/2018 | $181,739.09 | | $181,739.09 |
| 22. **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $1,121,475.65 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value _____1,038.41_____ Valuation method _____book_____ Current Value _____0.00_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Desks, chairs, etc.** | **$53,269.22** | | **$53,269.22** |
| 40. **Office fixtures** **Range, leasehold improvements** | **$106,583.55** | | **$106,583.55** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **computers, TVs, quality equipment** | **$186,560.00** | | **$186,560.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| | **$346,412.77** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| 3 haas machines | $385,040.92 | $385,040.92 |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | |
   |---|
   | $385,040.92 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ☐ No
   - ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

   - ☐ No.  Go to Part 10.
   - ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Connex storage building | own | $5,450.98 | | $5,450.98 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | |
   |---|
   | $5,450.98 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☐ No
   - ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   - ☐ No.  Go to Part 11.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**capitol tooling** | **$850,853.69** | book | **$850,853.69** |
| 61. | **Internet domain names and websites**<br>**web development www.hudsonmfg.com** | **$50,891.93** | book | **$50,891.93** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**R&D; TDP (technical data package)** | **$1,488,113.23** | book | **$1,488,113.23** |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$2,389,858.85**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| **Acusport** | **Unknown** |
|---|---|
| Nature of claim | **open A/R** |
| Amount requested | unknown |

| **Cambridge Valley Machine** | **Unknown** |
|---|---|
| Nature of claim | **failure to perform/contract/lost revenue** |
| Amount requested | unknown |

| **Wilson Construction** | **Unknown** |
|---|---|
| Nature of claim | **contract/failure to perform** |
| Amount requested | unknown |

| **3D Industries** | **Unknown** |
|---|---|
| Nature of claim | **failure to perform contract** |
| Amount requested | unknown |

| **CCDM Investments** | **Unknown** |
|---|---|
| Nature of claim | **bridge loan that did not close** |
| Amount requested | unknown |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Cambridge Valley Machine** | **$0.00** |
|---|---|
| Nature of claim | **failure to perform contract/lost revenue** |
| Amount requested | unknown |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **marketing and R&D firearms** | **$4,933.32** |
|---|---|

| **FedEx Rewards points (502,459)** | **$260.00** |
|---|---|

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    **$5,193.32**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $458.36 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,121,475.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $346,412.77 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $385,040.92 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $5,450.98 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,389,858.85 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +   $5,193.32 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,248,439.87 | + 91b.   $5,450.98 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,253,890.85 |

**Fill in this information to identify the case:**

Debtor name    **Hudson Mfg. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **19-60161**

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ **Yes.** Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | |
|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | |

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | |
|---|---|---|
| **2.1** | **Bill Hudson Jr.** | |
| | Creditor's Name | |

| | | |
|---|---|---|
| **4625 Corydon Ridge Rd, NE** | | |
| **Corydon, IN 47112** | | |
| Creditor's mailing address | | |

**Describe debtor's property that is subject to a lien**
**all property owned by the debtor**

**Amount of claim:** **$9,736,240.92**     **Value of collateral:** **Unknown**

Creditor's email address, if known

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/10/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.2** | **Intech Funding** | |
| | Creditor's Name | |

| | |
|---|---|
| **201 E Huntington Dr #201** | |
| **Monrovia, CA 91016** | |
| Creditor's mailing address | |

**Describe debtor's property that is subject to a lien**
**Haas machine**

**Amount of claim:** **$116,794.72**     **Value of collateral:** **$128,346.97**

Creditor's email address, if known

**Describe the lien**
**Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/30/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **Intech Funding** | | Describe debtor's property that is subject to a lien | $101,816.50 | $128,346.97 |
|-----|--------------------|--|-------------------------------------------------------|-------------|-------------|

Creditor's Name

**Haas machine**

**201 E Huntington Dr #201
Monrovia, CA 91016**

Creditor's mailing address

**Describe the lien**
**Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/30/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Intech Funding** | | Describe debtor's property that is subject to a lien | $106,241.89 | $128,346.97 |
|-----|--------------------|--|-------------------------------------------------------|-------------|-------------|

Creditor's Name

**Haas machine**

**201 E Huntington Dr #201
Monrovia, CA 91016**

Creditor's mailing address

**Describe the lien**
**Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/30/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $10,061,094.03 |
|----|------------------------------------------------------------------------------------------------------------|----------------|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| | | |

Debtor name   **Hudson Mfg. LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **19-60161**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**TBB**<br>**PO Box 979055**<br>**Saint Louis, MO 63197** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $146,143.00 | $146,143.00 |
| Date or dates debt was incurred<br>**06/30/2018; 09/30/2018; 12/31/2018** | Basis for the claim:<br>**firearms and ammunition excise taxes** |  |  |
| Last 4 digits of account number ___<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Adobe**<br>**345 Park Avenue**<br>**San Jose, CA 95110**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **services provided**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| **3.2** Nonpriority creditor's name and mailing address<br>**Advanced Heat Treat**<br>**2825 Midport Blvd.**<br>**Waterloo, IA 50703**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **services provided**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,700.00** |
|-----|------|------|------|
| | **Aerovac Alloy and Forge, Inc.**<br>**2615 Hendrickson Drive**<br>**Kalama, WA 98625** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **05/25/2018; 06/15/2018;**<br>**07/05/2018** | Basis for the claim: **supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$522.00** |
|-----|------|------|------|
| | **Age Industries-Belton**<br>**801 Industrial Park Rd.**<br>**Belton, TX 76513** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/05/2018** | Basis for the claim: **supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-----|------|------|------|
| | **Alton Manufacturing Inc.**<br>**825 Lee Rd**<br>**Rochester, NY 14606** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,190.59** |
|-----|------|------|------|
| | **Aramark**<br>**2680 Palumbo Drive**<br>**Lexington, KY 40509** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **services provided/supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,464.66** |
|-----|------|------|------|
| | **ARC Colorado**<br>**7040 Weld County Road 20**<br>**Longmont, CO 80504** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **06/02/2018; 07/11/2018** | Basis for the claim: **supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,403.38** |
|-----|------|------|------|
| | **AT&T**<br>**PO Box 13326**<br>**Austin, TX 78711** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **09/19/2018-01/2019** | Basis for the claim: **services provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,278.00** |
|-----|------|------|------|
| | **Austin Tool and Grinding**<br>**20207 Mashburn Rd**<br>**Pflugerville, TX 78660** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/2018-09/2018** | Basis for the claim: **supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Authnet-Bankcard**
**2625 Townsgate #100**
**Westlake Village, CA 91361**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** services provider

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$3,400.00** |
|---|---|---|---|

**Barbara Stockford**
**8575 Rives Jumction Rd**
**Rives Junction, MI 49277**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/2019

**Last 4 digits of account number** _

**Basis for the claim:** reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$11,775.00** |
|---|---|---|---|

**Barbara Stockford**
**8575 Rives Junction Rd**
**Rives Junction, MI 49277**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** unpaid leave

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$760.31** |
|---|---|---|---|

**Bernadine Hipsley**
**4011 Lazy Brook Drive**
**Nolanville, TX 76559**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** unpaid leave

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$500.00** |
|---|---|---|---|

**Best of the West Shooting Sports**
**19500 West State Hwy 29**
**Liberty Hill, TX 78642**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$34,657.78** |
|---|---|---|---|

**Big Texas Sky**
**5128 Hidden Springs Trl**
**Georgetown, TX 78633**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$112,861.00** |
|---|---|---|---|

**Bill Hudson Jr.**
**4625 Roydon Ridge Rd NE**
**Corydon, IN 47112**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** reimbursement

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blackhills Ammunition**
PO Box 3090
Rapid City, SD 57709

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  supplier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bowen Electric**
324 Cotton Drive
Woodway, TX 76712

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Briggs Equipment**
10540 N STemmons Freeway
Dallas, TX 75220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  services provided/supplier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brownells**
3006 Brownells Parkway
Grinnell, IA 50112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  supplier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Business Automation Services**
300 Coon Rapids Blvd NW
Minneapolis, MN 55433

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cambridge Valley Machining**
28 Perry Lane
Cambridge, NY 12816

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Carla Weaver**
5128 Hidden Springs Trl
Georgetown, TX 78633

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,095.74 |
|---|---|---|---|

**Carla Weaver**
**5128 Hidden Springs Trl**
**Georgetown, TX 78633**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __line of credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Central Texas Fire Protection**
**4201 Oro Ct**
**Georgetown, TX 78628**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __services provided/supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chase Bank**
**270 Park Avenue**
**New York, NY 10017**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __banking__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chattanooga Shooting Supplies**
**2600 Walker Rd**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cinncinati Insurance**
**PO Box 145496**
**Cincinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __insurance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,494.78 |
|---|---|---|---|

**City of Temple**
**2 N Main Street #201**
**Temple, TX 76501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __services provided__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Component Technologies**
**68 Holmes Rd**
**Newington, CT 06111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __services provided/supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,036.96 |

**Conneticut Spring and Stamping**
**48 Spring Lane**
**Farmington, CT 06032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,000.00 |

**Cy Hudson**
**PO Box 940**
**Georgetown, TX 78627**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.06 |

**Damien Horner**
**463 Westfiled Blvd. Apt. 126**
**Temple, TX 76502**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.07 |

**Daric Wade**
**415 E 4th Ave. Apt. C**
**Belton, TX 76513**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.69 |

**David Czinder**
**5502 Holly Oak Ln**
**Killeen, TX 76542**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.01 |

**Dixie Tool**
**613 Industrial Blvd.**
**Austin, TX 78745**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,406.19 |

**Doubletap Ammunition**
**450 North 200 West**
**Cedar City, UT 84720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dropbox**
185 Berry Street, Ste 400
San Francisco, CA 94107

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Easy Clocking**
3141 Commerce Parkway
Hollywood, FL 33025

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,710.96 |
|---|---|---|---|

**Edwin Bailey**
317 N 9th Street
Temple, TX 76501

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,198.63 |
|---|---|---|---|

**Elijah Henry**
764 Marlandwood Rd., Apt. 133
Temple, TX 76502

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Expensify**
548 Market Street, Suite 61434
San Francisco, CA 94104

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.03 |
|---|---|---|---|

**Fastenal**
2711 Airport Rd., Suite B
Temple, TX 76504

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,833.89 |
|---|---|---|---|

**Fedex**
PO Box 94515
Palatine, IL 60094

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,443.02 |
|---|---|---|---|

**Fedex Freight**
**2200 Forward Drive**
**Harrison, AR 72602**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**G&H Diversified Mfg**
**11660 Brittmore Park Dr.**
**Houston, TX 77041**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,699.82 |
|---|---|---|---|

**Georgia Telecom and Security**
**3362 Bold Springs Rd NW**
**Monroe, GA 30656**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Google**
**1600 Admphitheatre Parkway**
**Mountain View, CA 94043**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317.20 |
|---|---|---|---|

**Grainger**
**6901 Imperial Dr**
**Woodway, TX 76712**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.60 |
|---|---|---|---|

**Grounds Guys**
**PO Box 91**
**Temple, TX 76503**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**GS1**
**7887 Washington Village Dr., Sutie 300**
**Dayton, OH 45459**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __services provided/supplier__

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gurus**
**9880 Clark Street, Suite 101**
**Montreal, QC**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gusto**
**1201 16th Street**
**Denver, CO 80202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,234.50** |
|---|---|---|---|

**H&M Metal Processing**
**1414 Kenmore Blvd.**
**Akron, OH 44314**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,352.50** |
|---|---|---|---|

**H&M Metal Processing West**
**6051 N 56th Avenue**
**Glendale, AZ 85301**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$827.50** |
|---|---|---|---|

**Haas Machine Tool Sales of Texas**
**1633 Fireman Drive, Suite 200**
**Richardson, TX 75081**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided/supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,126.20** |
|---|---|---|---|

**Hogue**
**PO Box 91360**
**Henderson, NV 89009**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,943.00** |
|---|---|---|---|

**Hudson Standard**
**4625 Cryodon Ridge Rd NE**
**Corydon, IN 47112**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,125.00** |
|---|---|---|---|

**Industry Day at the Range**
**130 Gardeners Circle, Suite L**
**Johns Island, SC 29455**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __services provided/supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Intersec LLC**
**530 Silas Deane Hwy #200**
**Wethersfield, CT 06109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**J2 eFax Services**
**6922 Hollywood Blvd., 5th Floor**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$608.31** |
|---|---|---|---|

**Jacob Ives**
**4503 Brutus Lane, Apt. B**
**Temple, TX 76502**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __unpaid leave__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$372.33** |
|---|---|---|---|

**Janet Grissett**
**1810 Marlandwood Rd., Apt. 8204**
**Temple, TX 76502**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __unpaid leave__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,861.00** |
|---|---|---|---|

**Jencer Investments**
**3820 Fall Creek Ln**
**Temple, TX 76504**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,464.02** |
|---|---|---|---|

**Jose Hernandez**
**612 N 7th Street**
**Temple, TX 76501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __unpaid leave__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.17** |
|------|------|------|------|

**Joseph Adcock**
**13152 Brewster Creek Rd.**
**Moody, TX 76557**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$614.96** |
|------|------|------|------|

**Joseph Ives**
**312 W Ave R**
**Temple, TX 76504**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,199.97** |
|------|------|------|------|

**Kabbage Line of Credit**
**925 B Peachtreet Street NE, Suite 1688**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226,038.17** |
|------|------|------|------|

**KE Arms**
**4343 E Magnolia Street**
**Phoenix, AZ 85034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$930.25** |
|------|------|------|------|

**Kirk Johnson**
**201 S Front Street, Unit A**
**Holland, TX 76534**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Lang Technovations Co.**
**1020 James Dr, Suite 1**
**Hartland, WI 53029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,013.43** |
|------|------|------|------|

**Lauren Hudson**
**PO Box 940**
**Georgetown, TX 78627**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235.00** |
|---|---|---|---|

**MAD Custom Coating**
5800 Werner Road Suite A
Bremerton, WA 98312

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,822.14** |
|---|---|---|---|

**Mark Province**
9206 Bowfield Drive
Killeen, TX 76542

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,634.88** |
|---|---|---|---|

**Marlin Business Bank**
2795 E Cottonwood Pkwy, Suite 120
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,247.21** |
|---|---|---|---|

**McMaster-Carr**
PO Box 7690
Chicago, IL 60680

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.28** |
|---|---|---|---|

**McNamara**
230 McNamara Lane
Waco, TX 76708

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided/supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,639.05** |
|---|---|---|---|

**Megan Flores**
1919 Country Rd 313, Apt. 603
Jarrell, TX 76537

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **unpaid leave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meltwater**
225 Bush Street, Suite 1000
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MGE Wholesale**
**5021 Nimitz Parkway**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Microsoft Corporation**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,822.48** |
|---|---|---|---|

**MSC Industrial Supply**
**75 Maxess Rd**
**Melville, NY 11747**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**National Shot Peening**
**1020 E Columbus Street, #B**
**Weatherford, TX 76086**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __service provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Net Solutions Security, LLC**
**2008 W Koenig Lane**
**Austin, TX 78756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __services provided/supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,316.79** |
|---|---|---|---|

**Netsuite**
**2955 Campus Drive, Suite 100**
**San Mateo, CA 94403**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NG2 Defense**
**218 W 12650 S**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,135.73 |
|---|---|---|---|

**3.87**

Nonpriority creditor's name and mailing address
**Nicholas Roberts**
**2205 Pirtle Drive**
**Salado, TX 76571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __unpaid leave__

Is the claim subject to offset? ■ No ☐ Yes

**$8,135.73**

---

**3.88**

Nonpriority creditor's name and mailing address
**Patrick Herrera**
**802 Silver Creek Drive**
**Harker Heights, TX 76548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __unpaid leave__

Is the claim subject to offset? ■ No ☐ Yes

**$500.92**

---

**3.89**

Nonpriority creditor's name and mailing address
**Phillips Medisize**
**422 Technology Drive East**
**Menomonie, WI 54751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __supplier__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.90**

Nonpriority creditor's name and mailing address
**Phoenix Proto Technologies**
**688 E Main STreet**
**Centreville, MI 49032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __supplier__

Is the claim subject to offset? ■ No ☐ Yes

**$5,675.00**

---

**3.91**

Nonpriority creditor's name and mailing address
**Precision Polish, LLC**
**144Adams Street**
**Frankfort, NY 13340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.92**

Nonpriority creditor's name and mailing address
**Premium Assignment Corp**
**3522 Thomasville Rd, Suite 400**
**Tallahassee, FL 32309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __insurance__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.93**

Nonpriority creditor's name and mailing address
**Protolabs**
**5540 Pioneer Creek Drive**
**Maple Plain, MN 55359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __supplier__

Is the claim subject to offset? ■ No ☐ Yes

**$4,600.00**

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pure Castings Co**
PO Box 960
Lockhart, TX 78644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**Q-Mark Manufacturing**
30051 Comercio
Rancho Santa Margarita, CA 92688

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,639.12 |
|---|---|---|---|

**Quincy Compressor**
71 North Dobson Avenue
Bay Minette, AL 36507

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services provided/supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**R.A.H. Design, Inc.**
13802 Quitman Pass
Austin, TX 78728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,734.06 |
|---|---|---|---|

**Rainer Arms**
2504 Auburn Way N
Auburn, WA 98002

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.66 |
|---|---|---|---|

**Ready Refresh-Nestle**
900 Long Ridge Rd., Bldg. 2
Stamford, CT 06902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Regal Industrial Sales**
687 Rowland Rd
Victor, NY 14564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Ritchter Precision**
PO Box 159
East Petersburg, PA 17520

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Rosco Manufacturing**
500 High Street
Central Falls, RI 02863

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RSR Group**
4405 Metric Drive
Winter Park, FL 32792

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,278.48** |
|---|---|---|---|

**RWR Legal**
620 Congress Avenue, Suite 320
Austin, TX 78701

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,641.38** |
|---|---|---|---|

**Sarah Haynie**
409 Hedy Drive
Killeen, TX 76542

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __unpaid leave__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,434.50** |
|---|---|---|---|

**Smith Sovik**
250 South Clinton Street, Suite 600
Syracuse, NY 13202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Snap-On Tools**
725 CR 112
Burnet, TX 78611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __supplier__

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,062.90 |
|---|---|---|---|

**Sparktech**
**1308 Chisholm Trail, Suite 105**
**Round Rock, TX 78681**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sports South**
**101 Robert G Harris**
**Shreveport, LA 71115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Staples**
**PO Box 105638**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Gould Corp**
**35 South Jefferson Rd**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,952.10 |
|---|---|---|---|

**TARMAC**
**5128 Hidden Springs Trl**
**Georgetown, TX 78633**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **lease/reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Team Technologies**
**1400 Eubank SE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.26 |
|---|---|---|---|

**Terminex**
**5200 S General Bruce Dr.**
**Temple, TX 76504**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.52 |
|---|---|---|---|

**Terry Sterk**
22 Cheyenne Tr
Belton, TX 76513

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  <u>unpaid leave</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,516.35 |
|---|---|---|---|

**Texas Building Services**
2407 W Howard Lane, Suite B
Austin, TX 78728

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  <u>services provided</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.03 |
|---|---|---|---|

**Texas Heat Treat**
PO Box 1117
Round Rock, TX 78680

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  <u>services provided</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Brute Squad**
171 W Pierpont Ave
Salt Lake City, UT 84101

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>services provided</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Tim Cisneros**
52752 Kiowa Loop, Unit 1
Fort Hood, TX 76544

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  <u>unpaid leave</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Travis Getz**
112 Laurel Wreath Lane
Cary, NC 27519

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>services provided</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,479.08 |
|---|---|---|---|

**Trenton Forging**
5523 Hoover Rd
Trenton, MI 48183

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  <u>supplier</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,647.00 |
|---|---|---|---|

**Trijcon**
PO Box 930059
Wixom, MI 48393

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  supplier

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**True Cut EDM**
2003 West State Street
Garland, TX 75042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  services provided

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,104.10 |
|---|---|---|---|

**Turnco Tool and Instrument**
5080 East SH 29
Georgetown, TX 78626

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  supplier

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TXU Energy**
PO Box 650638
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  services provided

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  supplier

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.90 |
|---|---|---|---|

**UPS**
PO BOx 7247-0244
Philadelphia, PA 19170

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  services provided

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.84 |
|---|---|---|---|

**UPS Freight**
PO Box 650690
Dallas, TX 75265

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  services provided

Is the claim subject to offset? ■ No  ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Volusion**
**1835 Kramer Ln, Suite 100**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __services provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VZ Grips**
**3616 Jackson Bluff Rd**
**Tallahassee, FL 32304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Waco Metal Finishing**
**216 South 24th Street**
**Waco, TX 76701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __services provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Williams Shooter's Supply**
**1813 Quintron Way**
**Quincy, IL 62305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,758.79 |
|---|---|---|---|

**Wynalda Packaging**
**8221 Graphic Drive**
**Belmont, MI 49306**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,438.29 |
|---|---|---|---|

**Zachariah Thull**
**1661 County Rd 313, Apt. 1605**
**Jarrell, TX 76537**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unpaid leave__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zanders Sporting Goods**
**801 Bradbury Ln**
**Sparta, IL 62286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              146,143.00 |
| **5b. Total claims from Part 2** | 5b.  + | $            1,443,472.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $            1,589,615.52 |

Fill in this information to identify the case:

Debtor name    **Hudson Mfg. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **19-60161**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **textiles contract** | |
|      State the term remaining    **19 months** | **Aramark** |
|      List the contract number of any government contract | **2680 Palumbo Drive** **Lexington, KY 40509** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **internet** | |
|      State the term remaining    **14 months** | **AT&T** |
|      List the contract number of any government contract | **PO Box 13326** **Austin, TX 78711** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **storage unit land** | |
|      State the term remaining    **month to month** | **Best of the West** |
|      List the contract number of any government contract | **19500 West State Highway 29** **Liberty Hill, TX 78642-1000** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **water and waste** | |
|      State the term remaining    **unknown** | **City of Temple** |
|      List the contract number of any government contract | **2 N Main Street #201** **Temple, TX 76501** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest: **haas machine**

State the term remaining: **40 months**

List the contract number of any government contract

**Intech**
**2900 Challenger Place**
**Oxnard, CA 93030**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest: **haas machine**

State the term remaining: **39 months**

List the contract number of any government contract

**Intech**
**2900 Challenger Place**
**Oxnard, CA 93030**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest: **haas machine**

State the term remaining: **40 months**

List the contract number of any government contract

**Intech**
**2900 Challenger Place**
**Oxnard, CA 93030**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest: **rent**

State the term remaining: **63 months**

List the contract number of any government contract

**Jencer Investments**
**3820 Fall Creek Ln**
**Temple, TX 76504**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest: **forklift**

State the term remaining: **50 months**

List the contract number of any government contract

**Marlin Leasing**
**2795 E Cottonwood Pkwy, Suite 120**
**Salt Lake City, UT 84121**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest: **netsuite software**

State the term remaining: **5 months**

List the contract number of any

**Netsuite**
**2955 Campus Drive Suite 100**
**San Mateo, CA 94403**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **insurance** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **Premium Assignment**<br>**3522 Thomasville Rd, Suite 400**<br>**Tallahassee, FL 32309** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **electricity** | |
|---|---|---|---|
| | State the term remaining | **19 months** | **TXU**<br>**PO Box 650638**<br>**Dallas, TX 75265** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Hudson Mfg. LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **19-60161**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bill Hudson, Jr.** | **4625 Corydon Ridge Rd NE Corydon, IN 47112** | **Intech Funding** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bill Hudson, Jr.** | **4625 Corydon Ridge Rd NE Corydon, IN 47112** | **Intech Funding** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Bill Hudson, Jr.** | **4625 Corydon Ridge Rd NE Corydon, IN 47112** | **Intech Funding** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Bill Hudson, Jr.** | **4625 Corydon Ridge Rd NE Corydon, IN 47112** | **Jencer Investments** | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.5 | **Bill Hudson, Jr.** | **4625 Corydon Ridge Rd NE Corydon, IN 47112** | **Marlin Business Bank** | ☐ D _____<br>■ E/F __3.75__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Hudson Mfg. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **19-60161**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$31,118.46** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$4,482,671.24** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$229,019.20** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | **Interst, credit card, reimbursement, and unidentified deposits** | **$39,581.06** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | **grant and interest** | **$70,000.14** |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Jencer Investments**<br>**3820 Fall Creek Lane**<br>**Temple, TX 76504** | **12/20/2018** | **$110,861.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Kabbage**<br>**9258 Peachtreet Street NE**<br>**Atlanta, GA 30309** | **12/26/2018;**<br>**01/26/2019;**<br>**02/26/2019** | **$31,407.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Cy and Lauren Hudson**<br>**PO Box 940**<br>**Georgetown, TX 78627**<br>**Owners** | **2/12; 2/23;**<br>**3/15; 3/30;**<br>**4/10; 4/25;**<br>**5/10; 6/12;**<br>**6/26; 7/13;**<br>**8/15; 8/30;**<br>**9/14;**<br>**10/3;10/12** | **$84,000.00** | **wages** |
| 4.2. | **Barbara Stafford**<br>**8575 Rives Juntion Rd**<br>**Rives Junction, MI 49277**<br>**Officer/EVP** | **2/15; 2/28;**<br>**3/15; 3/30;**<br>**4/13; 4/30;**<br>**5/15; 5/31;**<br>**6/15; 6/29;**<br>**7/13; 7/31;**<br>**8/15; 8/31;**<br>**9/14** | **$54,820.15** | **wages** |
| 4.3. | **Nicholas Roberts**<br>**2205 Pirtle Drive**<br>**Salado, TX 76571**<br>**Officer/CEO** | **2/15; 2/28;**<br>**3/15; 3/30;**<br>**4/13; 4/30;**<br>**5/15; 5/31;**<br>**6/15; 6/29;**<br>**7/13; 7/31;**<br>**8/15; 8/31;**<br>**9/14; 10/3;**<br>**10/17; 11/20** | **$62,153.51** | **wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|
   | **Regal**<br>**687 Rowley Rd**<br>**Victor, NY 14564** | **locks returned for credit** | **09/04/2018** | **$2,750.00** |
   | **TARMAC**<br>**5128 Hidden Springs Trl**<br>**Georgetown, TX 78633** | **machines repossessed** | **01/16/2019** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Cambridge Valley Machining, Inc. v. Billie Hudson III and Lauren Hudson**<br>**1:18-cv-1022** | **Contract/UCC** | **USDC ND New York**<br>**1005 Clinton Street**<br>**Syracuse, NY 13261** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | **In re: ASPC Corp.**<br>**18-52736** | **claim in chapter 11** | **OH Eastern District** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Permission to Start Dreaming**<br>**3110 Judson Street**<br>**PMB 144**<br>**Gig Harbor, WA 98335** | charity | **10/6/2017** | **$15,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **American Suppressor**<br>**Association**<br>**6085 Lake Forest Drive**<br>**Suite 200**<br>**Atlanta, GA 30328** | | **7/5/2018** | **$1,147.00** |
| | Recipients relationship to debtor<br>**organization of membership** | | | |

---

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **non-conforming parts, damage product, lost material.** | **zero** | **2017-2018** | **$84,431.98** |

---

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jackson Walker LLP**<br>**100 Congress Avenue, Suite**<br>**1100**<br>**Austin, TX 78701** | | **01/18/2019** | **$7,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Bill Hudson** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **302 Deepwood Drive Georgetown, TX 78628** | **01/2014-06/2016** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Driver's license and credit card information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Chase Bank**<br>**270 Park Avenue**<br>**Georgetown, TX 78628** | **XXXX-8008** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **05/10/2018** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Connex**<br>**19500 West State Hwy 29**<br>**Liberty Hill, TX 78642** | **Cy and Lauren Hudson,**<br>**PO BOx 940,**<br>**Georgetown, TX 78627** | **demo and training items** | ☐ No<br>■ Yes |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jack Derby** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Austin Albert** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Charles James** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Chris Martin** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **David Singleton** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **John Pemberton** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **David Singleton** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Stoddard's Range & Guns -- Jerry Hart** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Basil Pappas** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Robert Miller** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Joseph Gilchrist** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Calvin Poling** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Russell Mitchell** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alex Van Sickle** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Brandon Masterson** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Talos Tactical-Matthew Cieslar** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Kaie Pena** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Steven Lemieux** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **GA Firing Line -- Jerry Wilhelm** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Andrew Snodgrass** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **James Stacey** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Carlos Guerrero** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Manny Mena** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jason Schneider** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Brandon Hein** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **IRunGuns** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ryan Schreiber** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **The Alamo by Lotus Gunworks Nick Charbonneau** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Hyatt Coin & Gun Shop -Stephen Miller** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Shoot Straight** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ryan DuRussel** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tom Brown** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Christopher Anderson** | **in company possession** | **warranty item** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Steve Schoppe** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Noel Zarza** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Raymond Whitney** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Phil Holman** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **IRunGuns** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Trigger Time Gun Run** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Justin Avra** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Cody Plaster** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Great Guns** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **James Johnson** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Vandoeun Long** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Skillet Creek-Louie Pereira** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Joseph Swick** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Brad Hendrick** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Applied Ballistics-Dan Quesenbery** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Christopher Anderson | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Daylan Andrews | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| The Alam by Lotus Gunworks<br>Nick Charbonneau | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Sports South | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Mark Oswald | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| The Machine Gun Nest-Ryan Burkett | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Steven Floyd | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Greg Medinilla | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Patrick Holland | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Michael Faran | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Joseph Woodley | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Bartholomew Hott | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Paxton Berry | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Stoddard's Range & Guns-Jerry Hart | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Chris Deel | in company possession | warranty item | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pensacola Indoor Shooting Range** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Marcus Shepherd** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ricardo Azotea** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Freedom Firearms** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Shady Oaks Gun Range-Vincent McElhaney** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ernest Garza** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ranier Arms-Erik Wartena** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ryan Powell** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **William Morgan** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **David DeBruyn** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Thomas Sjoberg** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jordan Howser** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Calvin Cook** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Christopher Pollard** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sports South** | **in company possession** | **warranty item** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sports South** | **in company possession** | **warranty item** | **$0.00** |

<div style="background:#000;color:#fff">Part 12:</div> **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<div style="background:#000;color:#fff">Part 13:</div> **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Janet Grisset** **1810 Marlandwood Rd** **Apt. 8204** **Temple, TX 76502** | **04/18-02/19** |

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **Scale Factor**<br>**1408 E 13th Street**<br>**Austin, TX 78702** | **9/15-5/18** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Janet Grisset**<br>**1810 Mandalwood Rd**<br>**Apt 76502**<br>**Temple, TX 76502** | **04/18-02/19** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Scale Factor**<br>**1048 E 13th Sreet**<br>**Austin, TX 78702** | **9/15-5/18** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Lauren Hudson**<br>**PO Box 29**<br>**Georgetown, TX 78627** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Alondra Capital**<br>**445 Hamilton Ave, Suite 1102**<br>**White Plains, NY 10601** |
| 26d.2.    **Bank Plus**<br>**1068 Highland Colony Pkwy, Suite 200**<br>**Ridgeland, MS 39157** |
| 26d.3.    **Barrett Firearms Manufacturing**<br>**PO Box 1077**<br>**Waukesha, WI 53186** |
| 26d.4.    **Bellwether Funding**<br>**251 W Broadway, Suite 206**<br>**Waukesha, WI 53186** |
| 26d.5.    **Big Shoulders Capital**<br>**105 Revere Drive, Suite D**<br>**Northbrook, IL 60062** |
| 26d.6.    **Briar Capital**<br>**1500 City West Blvd. Suite 560**<br>**Houston, TX 77042** |

| | Name and address |
|---|---|
| 26d.7. | **Byline Bank**<br>**180 North LaSalle Street**<br>**Chicago, IL 60601** |
| 26d.8. | **Capital Business Solutions** |
| 26d.9. | **Capital Credit**<br>**7301 RR 620 North, Suite 155**<br>**Austin, TX 78726** |
| 26d.10. | **Capital Family Holding**<br>**901 S. MoPac Expressway,**<br>**Bldg. II, Ste 320**<br>**Austin, TX 78746** |
| 26d.11. | **Capstone Headwaters**<br>**200 S Wacker Drive, Suite 3100**<br>**Chicago, IL 60606** |
| 26d.12. | **CBC National Bank**<br>**4705 West US Hwy 90**<br>**Lake City, FL 32055** |
| 26d.13. | **CEA Atlantic Advisors, LLC**<br>**101 East Kennedy Blvd., Suite 3300**<br>**Tampa, FL 33602** |
| 26d.14. | **Columbia Consulting Group**<br>**6101 Long Prarie Rd, Suite 744 LB17**<br>**Flower Mound, TX 75028** |
| 26d.15. | **CrowdOut Capital**<br>**1010 Land Creek Cove, Suite 105**<br>**Austin, TX 78746** |
| 26d.16. | **Daniel Defense**<br>**101 Warfighter Way**<br>**Ellabell, GA 31308** |
| 26d.17. | **Empowerment Company**<br>**18409 Angel Valley Drive**<br>**Leander, TX 78641** |
| 26d.18. | **ExWorks Capital**<br>**333 W Wacker Drive, 16th Floor**<br>**Chicago, IL 60606** |
| 26d.19. | **Far West Capital**<br>**3420 Executive Center Drive, Suite 210**<br>**Austin, TX 78731** |
| 26d.20. | **First Business Bank**<br>**401 Charmany Drive**<br>**Madison, WI 53719** |
| 26d.21. | **Focus Strategies**<br>**901 S MoPac Expressway**<br>**Bldg. II, Suite 350**<br>**Austin, TX 78746** |

| **Name and address** |
|---|

| 26d.22. | **Frost Bank**<br>**La Frontera Financial Center**<br>**PO Box 1600**<br>**San Antonio, TX 78296** |
|---|---|
| 26d.23. | **Gladstone Capital**<br>**1521 Westbranch Drive, Suite 100**<br>**Mc Lean, VA 22102** |
| 26d.24. | **Growth Strategy Partners**<br>**100 Arrow Head Rd. Suite 201**<br>**Marshfield, MA 02050** |
| 26d.25. | **Helios Advisors**<br>**222 Broadway, 19th Floor**<br>**New York, NY 10038** |
| 26d.26. | **Horizon Bank**<br>**600 Congress Avenue, Suite G-260**<br>**Austin, TX 78701** |
| 26d.27. | **Jacob Herman**<br>**1819 Ward Drive, Suite 101**<br>**Murfreesboro, TN 37133** |
| 26d.28. | **Jerry Spencer**<br>**212 7th Avenue**<br>**Helena, MT 59601** |
| 26d.29. | **Kabbage**<br>**925B Peachtree Street NE, Suite 1688**<br>**Atlanta, GA 30309** |
| 26d.30. | **KRISS USA**<br>**912 Corporate Lane**<br>**Chesapeake, VA 23320** |
| 26d.31. | **Legacy Capital**<br>**433 Metairie Rd, Suite 405**<br>**Metairie, LA 70005** |
| 26d.32. | **Leland Nichols**<br>**26 Joshua Drive**<br>**West Simsbury, CT 06092** |
| 26d.33. | **Lendio**<br>**10235 S Jordan Gateway, Suite 140**<br>**South Jordan, UT 84095** |
| 26d.34. | **Lirola Capital**<br>**8 The Green, Suite A**<br>**Dover, DE 19901** |
| 26d.35. | **Magpul**<br>**8226 Bee Cave Rd.**<br>**Austin, TX 78746** |
| 26d.36. | **Marquette Business Credit**<br>**5910 N Central Expressway, Suite 1900**<br>**Dallas, TX 75206** |
| 26d.37. | **MDN Capital**<br>**PO Box 630634**<br>**Irving, TX 75063** |

| Name and address |
| --- |

26d.38.   **Merchant Banking Resources**
2831 St. Rose Parkway, Suite 444
Henderson, NV 89052

26d.39.   **Orchid Advisors**
222 Pitkin Street
East Hartford, CT 06108

26d.40.   **Pontchartrain Capital**
729 Camp Street
New Orleans, LA 70130

26d.41.   **Regions Bank**
3773 Richmond Ave, Suite 1000
Houston, TX 77046

26d.42.   **RST Agency**
1200 Ridgefield Blvd., Suite 275
Asheville, NC 28806

26d.43.   **South Highland Ventures**
333 Texas Street, Suite 2280
Shreveport, LA 71104

26d.44.   **Southern Capital**
2011 North Commerce Drive
Peachtree City, GA 30269

26d.45.   **Texas Capital Bank**
PO Box 224318
Dallas, TX 75222

26d.46.   **United Sporting Company**
267 Columbia Avenue
Chapin, SC 29036

26d.47.   **University Federal Credit Union**

26d.48.   **US Equity Funding**
One International Place
Suite 1400
Boston, MA 02110

26d.49.   **Vertex Funding**
PO Box 801685
Dallas, TX 75380

26d.50.   **Vista Outdoor Operation**
262 N University Ave
Farmington, UT 84025

26d.51.   **Zev Technologies**
1051 Yarnell Place
Oxnard, CA 93033

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No
■   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Janet Grissett** | **10/24/2018** | **1,140,045.95** |
| | Name and address of the person who has possession of inventory records | | |
| | **Hudson Mfg.** **10986 HK Dodgen Loop** **Temple, TX 76504** | | |
| 27.2. | **Barbara Stockford -- partial inventory** | **06/30/2018** | **1,643,911.84** |
| | Name and address of the person who has possession of inventory records | | |
| | **Hudson Mfg.** **10986 HK Dodgen Loop** **Temple, TX 76504** | | |
| 27.3. | **Barbara Stockton** | **04/21/2018** | **$1,595,900.69** |
| | Name and address of the person who has possession of inventory records | | |
| | **Hudson Mfg.** **10986 HK Dodgen Loop** **Temple, TX 76504** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cy Hudson** | **PO Box 29** **Georgetown, TX 78627** | **owner** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lauren Hudson** | **PO Box 29** **Georgetown, TX 78627** | **owner** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Bill Hudson, Jr.** | **4625 Conrdon Ridge Rd** **Corydon, IN 47112** | **owner** | **10/15-5/18** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Barbara Stockton | 8575 Rives Juncton Rd<br>Rives Junction, MI 49277 | officer | 8/16-11/18 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nicholas Roberts | 2205 Pirtle Drive<br>Salado, TX 76571 | officer | 8/16-11/18 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Cy and Lauren Hudson**<br>PO Box 29<br>Georgetown, TX 78627 | 84,000 | | wages |
| | Relationship to debtor<br>**owners** | | | |
| 30.2. | **Barbara Stockton**<br>8575 Rives Junction Rd<br>Rives Junction, MI 49277 | 54,820.15 | | wages |
| | Relationship to debtor<br>**officer** | | | |
| 30.3. | **Nicholas Roberts**<br>2205 Pirtle Drive<br>Salado, TX 76571 | 62,153.51 | | reimbursement and wages |
| | Relationship to debtor<br>**officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Hudson Std.** | **EIN:** 47-5041716 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          03/28/2019

/s/ *Billie C. Hudson, III*                                              **Billie C. Hudson, III**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor          Manager/Chief Executive Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes